IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

MAR 1 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 4 : 26 CR 0 0 1 3 3 |
| ) | Title 21, United States Code, |
| ROBERT BOSWELL, JR., aka GUY, ) | Sections 841(a)(1), (b)(1)(A), |
| TONY JACKSON, ) | (b)(1)(B), (b)(1)(C), 843(b), and |
| CHRISTY PORT, ) | 846; and Title 18, United States |
| DENNIS MCCARTNEY II, ) | Code, Sections 922(g)(1), |
| ) | 924(a)(8) and 924(c)(1)(A)(i) |
| Defendants. ) | |

JUDGE CALABRESE

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances,
21 U.S.C §§ 846, 841(a)(1), and (b)(1)(A), (b)(1)(B), and (b)(1)(C))

The Grand Jury charges:

1.      From in or around December 2023, to on or about October 3, 2024, in the Northern District of Ohio, Eastern Division and elsewhere, Defendants ROBERT BOSWELL, JR., aka GUY, TONY JACKSON, CHRISTY PORT, and others known and unknown did knowingly, and intentionally combine, conspire, confederate, and agree together and with each other and with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, 10 grams or more of a mixture and substance containing a detectable amount of para-fluorofentanyl, a Schedule I controlled substance and a fentanyl analogue, and less than 500 grams of a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C).

## COUNT 2
(Use of a Communications Facility to Facilitate a Felony Drug Offense, 21 U.S.C. § 843(b))

The Grand Jury further charges:

2. On or about August 16, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CHRISTY PORT did knowingly and intentionally use a communication facility, to wit: UPS, an interstate shipping carrier, to facilitate acts constituting a felony under Title 21, United States Code, Sections 846 and 841(a)(1), in violation of Title 21, United States Code, Section 843(b).

## COUNT 3
(Attempted Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

3. On or about August 16, 2024, in the Northern District of Ohio, Eastern Division, Defendant ROBERT BOSWELL JR., aka GUY, did knowingly and intentionally attempt to possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 4
(Attempted Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about August 16, 2024, in the Northern District of Ohio, Eastern Division, Defendant ROBERT BOSWELL JR., aka GUY, did knowingly and intentionally attempt to possess with the intent to distribute a mixture and substance containing a detectable amount of

2

cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5
(Attempted Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

5.     On or about September 5, 2024, in the Northern District of Ohio, Eastern Division, Defendant ROBERT BOSWELL, JR., aka GUY, did knowingly and intentionally attempt to possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 6
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

6.     On or about May 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant DENNIS MCCARTNEY II, did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 7
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

7.     On or about May 7, 2024 , in the Northern District of Ohio, Eastern Division, Defendant DENNIS MCCARTNEY II, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being:  Abduction, Case Number

3

08CR326, in the Mahoning County Court of Common Pleas, on or about August 14, 2008, did knowingly possess in and affecting interstate commerce firearms, to wit: a Smith & Wesson M&P 40 caliber pistol, serial number HAN0888 and an Armscor of the Philippines (Squires Bingham) M1911-A1 FS 45 caliber pistol, serial number RIA2487376, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 8
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

8.     On or about May 7, 2024 , in the Northern District of Ohio, Eastern Division, Defendant DENNIS MCCARTNEY II, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being:  Abduction, Case Number 08CR326, in the Mahoning County Court of Common Pleas, on or about August 14, 2008, did knowingly possess in and affecting interstate commerce, a firearm to wit: a Polymer80, Inc. PFC 9 caliber pistol, serial number CA41525, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 9
(Possession of a Firearm in Furtherance of Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

9.     On or about May 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant DENNIS MCCARTNEY II, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Fentanyl, Title 21, United States Code, Sections 841(a)(1),

4

(b)(1)(B), as charged in Count 6 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 10
(Possession with Intent to Distribute Para-Fluorofentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

10.     On or about October 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant TONY JACKSON did knowingly and intentionally possess with the intent to distribute 10 grams or more of a mixture and substance containing a detectable amount of para-fluorofentanyl, a fentanyl analogue and Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 11
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

11.     On or about October 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant TONY JACKSON did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 12
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

12.     On or about October 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant TONY JACKSON did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of

5

fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## FORFEITURE

The Grand Jury further charges:

13.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 12, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendants ROBERT BOSWELL, JR., aka GUY, CHRISTY PORT, TONY JACKSON, and DENNIS MCCARTNEY II shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violations charged in Counts 1 through 6 and Counts 10 through 12, inclusive; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations charged in Counts 1 through 6 and Counts 10 through 12, inclusive; and any and all firearms and ammunition involved in or used in the commission of the violations charged in Counts 7 through 9, inclusive; including, but not limited to, the following:

a.     $2,595.00 in U.S. Currency seized from DENNIS MCCARTNEY II on May 7, 2024;

b.     a Smith & Wesson M&P 40 caliber pistol, serial number HAN0888, seized from DENNIS MCCARTNEY II on May 7, 2024;

c.     a Polymer80, Inc. PFC 9 caliber pistol, serial number CA41525, seized from DENNIS MCCARTNEY II on May 7, 2024;

d.     a Smith & Wesson M&P 40 caliber pistol, serial number HAN1216, seized from

6

DENNIS MCCARTNEY II on May 7, 2024;

e.      a Taurus G3 9mm pistol, serial number ABN366872, seized from DENNIS

MCCARTNEY II on May 7, 2024;

f.      an Armscor of the Philippines (Squires Bingham) M1911-A1 FS 45 caliber pistol,

serial number RIA2487376, seized from DENNIS MCCARTNEY II on May 7,

2024;

g.      a Smith & Wesson SW9VE 9 caliber pistol, serial number RAV6902, seized from

TONY JACKSON on October 3, 2024; and

h.      miscellaneous ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.